UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

                                  HON. Mark A. Goldsmith
                                Case No. 21-CR-20610

vs.

MIKE CHAHOUA,

        Defendant.
_____/

ERIN LANGE RAMAMURTHY
U.S. Department of Justice
211 W. Fort St.
Suite 2001
Detroit, MI 48226
(313) 226-2372
Email: erin.ramamurthy@usdoj.gov

STEFANIE LAMBERT JUNTTILA
Attorney for Defendant
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740
Email: attorneystefanielambert@gmail.com


APPEARANCE OF COUNSEL ON BEHALF OF MIKE CHAHOUA

    Please take notice that Stefanie Lambert Junttila is appearing as counsel for Defendant Mike Chahoua.

                                        Respectfully submitted,

                                        /s/STEFANIE LAMBERT JUNTTILA

                                              Stefanie Lambert Junttila, P71303
                                                      MIKE CHAHOUA
                                              500 Griswold Street, Ste. 2340
                                              Detroit, MI 48226
                                              (313) 963-4740

Date: October 11, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to Assistant United States Attorney Ann Nee.

                                              /s/STEFANIE LAMBERT JUNTTILA
                                              Stefanie Lambert Junttila, P71303
                                                      MIKE CHAHOUA
                                              500 Griswold Street, Ste. 2340
                                              Detroit, MI 48226
                                              (313) 963-4740

Date: October 11, 2021