## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

vs.

CRIMINAL NO. 21-20610

HON. MARK A. GOLDSMITH

**D-2 MIKE CHAHOUA,**
    **Defendant.**
_____/

## STIPULATED ORDER GRANTING
## SUBSTITUION OF DEFENSE COUNSEL FOR MIKE CHAHOUA

HAVING COME before the Court upon the stipulation of the parties, through counsel;

**IT IS ORDERED** that R. MICHAEL BULLOTTA is substituted in the place and stead of RANDALL UPSHAW and STEFANIE JUNTTILA, on behalf of defendant MIKE CHAHOUA in the above-entitled case.

SO ORDERED.

Dated:  December 6, 2021
    Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

1

**SO STIPULATED:**

/s/ R. Michael Bullotta
R. MICHAEL BULLOTTA
Substituting Attorney for Mike Chahoua
615 Griswold St. Ste. 1620
Detroit, MI 48226
Phone: (313) 400-5776
michael@bullottalaw.com


/s/ Stefanie Lynn Junttila (By consent)
STEFANIE LYNN JUNTTILA
Law Office of Stefanie L. Lambert PLLC
500 Griswold Street, Ste. 2340
Detroit, MI 48301
248-270-6689
attorneystefanielambert@gmail.com

/s/ Randall P. Upshaw (By consent)
RANDALL P. UPSHAW
17373 W. Twelve Mile Road
Lathrup Village, MI 48076
248-569-7776
rp_upshaw@comcast.net


Dated: December 3, 2021


## CERTIFICATE OF SERVICE

The undersigned, under penalty of perjury, certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above case by electronic filing using the Court's CM/ECF System on December 3, 2021.

/S/ R. Michael Bullotta
R. MICHAEL BULLOTTA
Attorney for Mike Chahoua